JAMISON'S ADM'R, Appellant, *vs.* HUGHES, Respondent.

1. No finding of facts.

*Appeal from Washington Circuit Court.*

*J. W. Noell,* for appellant.
*M. Frissell,* for respondent.

GAMBLE, Judge.   Trial of issues before the court without a jury.  No finding of the facts by the court.  Judgment reversed and the cause remanded.